Lisa Tan (SBN 228326)
ltan@RUSSAKOWTAN.COM
RUSSAKOW & TAN, LLP
275 E California Blvd
Pasadena, CA 91106
Telephone: (626) 683-8869
Facsimile: (626) 683-8870

David Ludwig (*pro hac vice* forthcoming)
(Virginia Bar No. 73157)
dludwig@dbllawyers.com
Hyung Gyu Sun (*pro hac vice* forthcoming)
hsun@dbllawyers.com
(Virginia Bar No. 93070)
DUNLAP BENNETT & LUDWIG
8300 Boone Blvd, Suite 550
Vienna, VA 22182
Telephone: (703) 777-7319
Facsimile: (703) 777-3656

*Attorneys for Defendant*
BANSK GROUP LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITETOOLS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BANSK GROUP LLC, <br><br> Defendant. | Civil Action No. 2:22-cv-08263 DMG (PVCx) <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> Hon. Dolly M. Gee <br><br> Hearing set for March 24, 2023, 9:30 a.m. |

1 | TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS
2 | OF RECORD HEREIN:
3 |     PLEASE TAKE NOTICE that on March 24, 2023, at 9:30 a.m., or as soon
4 | thereafter as this matter may be heard in Courtroom 8C of this Court, located at 350 West
5 | 1st Street, Los Angeles, CA, 90012, counsel for Defendant Bansk Group LLC ("Bansk")
6 | will and hereby does move to dismiss the Complaint filed by Plaintiff SITETOOLS, INC.
7 | ("Plaintiff") on November 12, 2022.
8 |     Bansk respectfully requests that this Court grant the Motion to dismiss the claims
9 | against it in its entirety with prejudice for lack of personal jurisdiction and improper venue
10 | and Count III of the Complaint for failure to state a plausible claim, and award it its costs,
11 | expenses, and reasonable attorneys' fees necessitated by responding to this action under
12 | Rule 12(b)(2), (3), and (6) of the Federal Rules of Civil Procedure.  Alternatively, should
13 | the case not be so dismissed, Bansk requests that the action be transferred to the Southern
14 | District of New York and award its costs, expenses, and reasonable attorneys' fees for the
15 | expenses incurred in connection with this Motion.
16 |     This Motion will be based on this Notice, the accompanying Memorandum
17 | of Points and Authorities, the Declaration of William Mordan, the complete files and
18 | records in this action, argument and evidence provided at and/or before the time of the
19 | hearing and any other information the Court deems necessary.
20 |
21 | Dated: February 9, 2023                  Respectfully submitted,

                                                                /s/ Lisa Tan
                                                             Lisa Tan (SBN 228326)
                                                             ltan@RUSSAKOWTAN.COM
                                                             RUSSAKOW & TAN, LLP
                                                             275 E California Blvd
                                                             Pasadena, CA 91106
                                                             Telephone: (626) 683-8869
                                                             Facsimile: (626) 683-8870

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

David Ludwig (*pro hac vice* forthcoming)
(Virginia Bar No. 73157)
dludwig@dbllawyers.com
Hyung Gyu Sun (*pro hac vice* forthcoming)
hsun@dbllawyers.com
(Virginia Bar No. 93070)
DUNLAP BENNETT & LUDWIG
8300 Boone Blvd, Suite 550
Vienna, VA 22182
Telephone: (703) 777-7319
Facsimile: (703) 777-3656

*Attorneys for Plaintiff*
BANSK GROUP LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February 2023, I electronically filed the foregoing with the Clerk of Court using the Court's Electronic Filing System and therefore served it upon all counsel of record.

|  |  |
|---|---|
|  | /s/ Lisa Tan<br>_____<br>Lisa Tan (SBN 228326)<br>ltan@RUSSAKOWTAN.COM<br>RUSSAKOW & TAN, LLP<br>275 E California Blvd<br>Pasadena, CA 91106<br>Telephone: (626) 683-8869<br>Facsimile: (626) 683-8870<br><br>David Ludwig (*pro hac vice* forthcoming)<br>(Virginia Bar No. 73157)<br>dludwig@dbllawyers.com<br>Hyung Gyu Sun (*pro hac vice* forthcoming)<br>hsun@dbllawyers.com<br>(Virginia Bar No. 93070)<br>DUNLAP BENNETT & LUDWIG<br>8300 Boone Blvd, Suite 550<br>Vienna, VA 22182<br>Telephone: (703) 777-7319<br>Facsimile: (703) 777-3656<br><br>*Attorneys for Plaintiff*<br>BANSK GROUP LLC |