Lisa Tan (SBN 228326)
ltan@RUSSAKOWTAN.COM
RUSSAKOW & TAN, LLP
275 E California Blvd
Pasadena, CA 91106
Telephone: (626) 683-8869
Facsimile: (626) 683-8870

David Ludwig (*pro hac vice* forthcoming)
(Virginia Bar No. 73157)
dludwig@dbllawyers.com
Hyung Gyu Sun (*pro hac vice*)
hsun@dbllawyers.com
(Virginia Bar No. 93070)
DUNLAP BENNETT & LUDWIG
8300 Boone Blvd, Suite 550
Vienna, VA 22182
Telephone: (703) 777-7319
Facsimile: (703) 777-3656

*Attorneys for Defendant*
BANSK GROUP LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

SITETOOLS, INC.,

Plaintiff,

v.

BANSK GROUP LLC,

Defendant.

Civil Action No. 2:22-cv-08263

**DECLARATION OF WILLIAM MORDAN IN SUPPORT OF MOTION TO DISMISS PLAINTFF'S COMPLAINT**

1

Declaration of William Mordan in Support of
Motion to Dismiss Plaintiff's Complaint
Case No. 2:22-cv-08263

**DECLARATION**

I, William Mordan, hereby state the following under penalty of perjury under the laws of the United States of America in support of Defendant Bansk Group LLC ("Bansk")'s Motion to Dismiss Plaintiff's Complaint. If called to give testimony in the above-reference matter, I could and would testify as follows:

1. My name is William Mordan. I am over 18 years of age, and I am not under any mental or physical disability which could impair my ability to truthfully attest to the matters herein.

2. I am a Senior Partner and the General Counsel of Bansk.

3. In my positions at Bansk, I am familiar with its general and day-to-day business operations, including, without limitation, its principal place of business, places in which it sells its services and otherwise conducts business, and the manner in which it carries out its business.

4. Bansk has its principal place of business in New York, New York.

5. Bansk is a limited liability company organized and existing under the laws of the State of Delaware.

6. Bansk does not have any physical operations, facilities, or personnel located anywhere in the State of California.

7. None of Bansk's officers, directors, and shareholders is domiciled in California, nor is any of them a citizen of California.

8. Bansk is not licensed to conduct business in the State of California.

9. Bansk does not owe or pay income taxes in the State of California.

10. Bansk does not maintain a registered agent for the purpose of accepting service of legal process in the State of California.

11. Bansk does not own any property in California.

12. Bansk does not maintain any bank accounts in California, and it has no assets in California.

13. None of Bansk's officers, directors, employees or agents has been aware that Plaintiff is based in the state of California.

14. Attached hereto are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | A screenshot of Bansk Group LLC's LinkedIn page |
| 2 | A screenshot of Bansk Group LLC's website page |
| 3 | A copy of Bansk Group LLC's entity information on New York Department of State's database |

FURTHER THE DECLARANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th Day of February 2023.

William Mordan
Senior Partner and the General Counsel, Bansk Group LLC

3

Declaration of William Mordan in Support of Motion to Dismiss Plaintiff's Complaint
Case No. 2:22-cv-08263

# EXHIBIT "1"



linkedin.com/company/bansk-group/

Mergers and Acqui... Condos vs Townho... Heated Outdoor Di...

Search

Home My Network Jobs Messaging

Bansk

# Bansk Group

Builders of Distinctive Consumer Brands

Venture Capital and Private Equity Principals · New York, New York · 1,007 followers

See all 18 employees on LinkedIn

+ Follow Visit website More

Home About Posts Jobs People

## About

Bansk Group is a consumer-focused private investment firm led by a tenured group of investors and operators that have amassed in-depth experience across the global CPG landscape and collectively invested over $30 billion of equity capital.

Our thematic approach seeks to partner with distinguished brands in high-growth areas across household products, beauty & personal care, consumer health, food & beverage, and related services to build leading platforms that will benefit from our team's experience, resources, and network.

Bansk is headquartered in New York City and London and currently manages ~$1.5 billion of assets.

See all details

# EXHIBIT "2"



banskgroup.com/index.html
Mergers and Acqui...
Condos vs Townho...
Heated Outdoor Di...
Bansk
Approach
Categories+Themes
Brands
Team+Talent
Values
put, distinctive brands not only deliver on basic functional benefits but also go further in areas that matter to a clear group of consumers.
Bart Becht
Senior Partner & Chairman

Bansk

340 Madison Ave, Suite 12C
New York, NY 10173
(646) 827-8710
inquiries@banskgroup.com

Approach
Categories+Themes
Brands
Team+Talent

Values
Press
Partner Login

CERTIFIED
PLASTIC NEGATIVE
WORKPLACE

Carbon Neutral
The Bansk Group
2021

ilpa
INSTITUTIONAL LIMITED PARTNERS ASSOCIATION

© 2023 Bansk Group. All Rights Reserved. Privacy Policy Terms of Use

in



# EXHIBIT "3"

# Department of State
## Division of Corporations

## Entity Information

Return to Results Return to Search

Entity Details

**ENTITY NAME:** BANSK GROUP LLC
**DOS ID:** 5691050
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** FOREIGN LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 802 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 01/17/2020
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 01/17/2020
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:** 03/01/2019
**STATEMENT STATUS:** CURRENT
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 01/31/2024
**JURISDICTION:** DELAWARE, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY NAME HISTORY FILING HISTORY MERGER HISTORY ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** C/O CORPORATION SERVICE COMPANY

**Address:** 80 STATE STREET, ALBANY, NY, UNITED STATES, 12207

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|