UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 22-8263-DMG (PVCx)** | Date | February 28, 2023 |
|---|---|---|---|
| Title | ***SiteTools, Inc. v. Bansk Group LLC*** | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER GRANTING DEFENDANT'S MOTION TO CLARIFY THE COURT'S PRIOR ORDER [24]**

On February 13, 2023, Defendant Bansk Group LLC filed a motion requesting clarification on the Court's prior order striking its motion to dismiss for lack of compliance with the local rules ("Motion to Clarify"). [Doc. ## 21, 24.] In that motion, Defendant included a statement that counsel had met and conferred and complied with the terms of C.D. Cal. L.R. 7-3 after receiving the Court's prior Order. *Id.*

Based on that representation, the Court **GRANTS** Defendant's motion and clarifies that the prior Order was without prejudice to re-filing after compliance with Local Rule 7-3. Plaintiff's Opposition shall be due March 3, 2023, and any Reply shall be due March 10, 2023.

While Local Rule 7-3 instructs that the statement of compliance should be included *in* the Notice of Motion, the Court accepts Defendant's statement in its Motion to Clarify that counsel in fact met and conferred prior to re-filing the motion to dismiss. Counsel is reminded to comply with all relevant Local Rules and other applicable procedural rules in the future. The March 16, 2023 hearing on the Motion to Clarify is **VACATED**.

**IT IS SO ORDERED.**